## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **SHARON E. MOSLEY,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| v. | )   \*\*Civil No. 07-96-P-S |
| | ) |
| **JOHN E. POTTER, Postmaster General** | ) |
| **of the United States Postal Service** | ) |
| | ) |
|     **Defendant** | ) |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 27, 2008, his Recommended Decision (Docket No. 24). Plaintiff Sharon E. Mosley filed her Objection to the Recommended Decision (Docket No. 25) on April 14, 2008. The Defendant filed its response to Defendant Plaintiff's Objection (Docket No. 27) on April 28, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

  2.  It is **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 16) is hereby **GRANTED** as to all counts.

              /s/George Z. Singal_____
              Chief U.S. District Judge

Dated: April 30, 2008